UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JOSEPH NICHOLAS COSTER,　　　　　　　　　　　**INDICTMENT**

        Defendant.
_____/

The Grand Jury charges:

(Theft of Government Funds)

Between in or about March 2016, and in or about March 2020, in the Western District of Michigan, Southern Division,

JOSEPH NICHOLAS COSTER

knowingly and intentionally stole, purloined, and converted to his own use money of an agency of the United States. Specifically, following the death of his brother, Bernard Trost, the defendant converted to his own use approximately $48,600.90 in Title II retirement benefits that the Social Security Administration directly deposited into Trost's bank account, which defendant had access to and used.

18 U.S.C. § 641

                                            A TRUE BILL

                                       _____
                                       GRAND JURY FOREPERSON

MARK A. TOTTEN
United States Attorney

_____
KATE ZELL
Assistant United States Attorney